United States Court of Appeals

For the Eighth Circuit

_____

No. 12-2037

_____

Abdul Karim Hassan

*Plaintiff - Appellant*

v.

State of Iowa; Matt Schultz, Secretary of State

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 7, 2012
Filed: November 21, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Abdul Hassan appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint under Federal Rule of Civil Procedure 12(b)(6). After careful review, see

---

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

Butler v. Bank of Am., 690 F.3d 959, 961 (8th Cir. 2012), we affirm for the reasons stated by the district court, see 8th Cir. R. 47B, and deny Hassan's motion for publication of this opinion.

_____